# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joe Hand Promotions, Inc.,

    Plaintiff,

vs.

Miro Miro, Inc. and Tri Cao Luong,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:10-cv-47-FDW

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2010 Order.

Signed: August 25, 2010

Frank G. Johns, Clerk
United States District Court